# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ZHENCAI ZHENG, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25 CV 04146 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| THE CORPORATIONS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) ) ) | |
| Defendant. | | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., case is dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), it is hereby ORDERED:

Judgment is hereby entered in favor of defendant The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule A and against plaintiff Zhencai Zheng. Defendant shall not recover costs from plaintiff.

Dated: September 16, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge